UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

ALISA MCCOY, PATRICK MCCOY, AND JAMES MCCOY,

                               Plaintiff,

           - against –

CITY OF NEW YORK, ADMINISTRATION FOR CHILDREN'S
SERVICES, OFFICE OF CHILDREN AND FAMILY SERVICES,
SUEANN SIMMONS, VICTORIA PALUMBO, ACS
COMMISSIONER, NEW YORK STATE CENTRAL REGISTRY
FOR ABUSE AND NEGLECT OF CHILDREN, SCHOTT
SCHWARTZ, ESQ., NEW YORK POLICE DEPARTMENT, NEW
YORK CITY DEPARTMENT OF EDUCATION, JOHN DOE
AND JANE DOE, EMPLOYEES OF THE CITY OF NEW YORK,
NOS. 1-10, ET AL. CASSANDRA KELLEHER-DONNARUMA

                             Defendants.

-------------------------------------------------------------------------- x

**DECLARATION OF SERVICE**

23-CV-03019 (HG) (SJB)

       **ALFRED MILLER, Jr.**, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct: September 20, 2024, I served via First-Class Mail a true and correct (i) copy of the Defendants' Response to Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Sanket J. Bulsara Dated August 9, 2024 Concerning City Defendants' Motion to Dismiss and (ii) copies of cases and other authorities cited therein that are unpublished or reported exclusively on computerized databases by placing a true and correct copy of the same in a mailbox maintained by the U.S. Postal Service within the State of New York, enclosed in a securely sealed, postage-paid envelope addressed to Alisa McCoy, Patrick McCoy and James McCoy, Plaintiffs *pro se,* 20 Eagan Avenue, Staten Island, NY 10312, being the address within the State designated by Plaintiffs, and listed on the above-captioned action's public docket, for that purpose. Additionally, a true and correct courtesy copy of the above was transmitted via email in the Plaintiffs amended complaint.

Dated:      September 23, 2024
             New York, New York

                                       ALFRED MILLER, JR.
                                       Assistant Corporation Counsel