UNITED STATES DISTRICT COURT
EASERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

PATRICK MCCOY and JAMES MCCOY,

         Plaintiffs,

   - against -

SUEANN SIMMONS

         Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

23-cv-03019 (HG)

--------------------------------------------------------------- X

**WHEREAS** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice against the Defendant Sueann Simmons; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the Plaintiffs and Defendant and set forth in the Stipulation of Settlement executed by the Plaintiffs and Defendant in this matter.

[Signatures to follow on page 2]

Dated: _____October 6,_____, 2025
New York, New York

| | |
|---|---|
| Mara Fleder, Esq.<br>Joel Wertheimer, Esq.<br>Wertheimer Fleder LLP<br>*Attorneys for the Plaintiffs*<br>14 Wall Street<br>Suite 4C<br>New York, NY 10005<br>mara@wfllp.com<br>By: /s/ Mara Fleder<br>Mara Fleder, Esq. | MURIEL GOODE-TRUFANT<br>Corporation Counsel for the<br>City of New York<br>*Attorney for Defendants Sueann Simmons*<br>100 Church Street, 2nd Floor<br>New York, New York 10007<br>(212) 356-2392<br>By: /s/ Alfred Miller, Jr.<br>Alfred Miller, Jr.<br>Assistant Corporation Counsel |

SO ORDERED:

_____
HON. HECTOR GONZALEZ
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025

2